IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MCCREADY et al, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | NO.  11-7670 |
| WAYMON WOMBLE et al, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

     **AND NOW**, this ____ day of April, 2014, upon consideration of Defendants City of Philadelphia and Waymon Womble's Motion for Summary Judgment (Doc. 35) and Plaintiffs' Response in Opposition thereto (Doc. 38), **IT IS HEREBY ORDERED AND DECREED** that Defendants' motion is **DENIED**.[1]

     **IT IS FURTHER ORDERED** that this matter shall have a **TRIAL DATE CERTAIN** of May 12, 2014.  The parties should refer to the Court's Policies and Procedures for all relevant pre-trial deadlines.[2]

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, C. J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated April 22, 2014.

[2] https://www.paed.uscourts.gov/documents/procedures/tucpol.pdf